B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of Texas [Houston]

In re  Samantha and Mark Longina  ,   Case No.  09-38785

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Ovation Financial Services | Infinity Loan Servicing |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  8407 Bandera Road, Ste. 141
  San Antonio, Texas

Court Claim # (if known):  20
Amount of Claim:  $8,933.81
Date Claim Filed:  03/22/2011

Phone:  866-457-4835
Last Four Digits of Acct #:  8025

Phone:  866-457-5972
Last Four Digits of Acct. #:  8025

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Karis H. Edeen, Attorney        Date: 10/29/2012
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Reset    Save As...    Print