B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of Texas

In re  Mark and Samantha Longina          ,          Case No.  09-38785

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Note Capital Group Inc | Note Capital Group<br>c/o FCI Lender Services, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  323 5th Street
  Eureka, CA 95501

Court Claim # (if known):  19-1
Amount of Claim:  $104,291.40
Date Claim Filed:  03/22/2010

Phone:  800-603-0836
Last Four Digits of Acct #:  7345

Phone: _____
Last Four Digits of Acct. #:  6718

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Julie A. O'Hara                    Date: 11/14/2014
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court

<u>    Southern    </u> District Of <u>    Texas    </u>

In re <u>Mark and Samantha Longina</u>,   Case No. <u>09-38785</u>

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

Claim No. <u>19-1</u> (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Note Capital Group                                                              Note Capital Group Inc
c/o FCI Lender Services Inc.

_____                                    _____
Name of Alleged Transferor                                           Name of Transferee

Address of Alleged Transferor:                                     Address of Transferee:

PO Box 27370                                                                    323 5th Street
Anaheim Hills, CA 92809-0112                                      Eureka, CA 95501

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                                   _____
                                                                                **CLERK OF THE COURT**

## **CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF HUMBOLDT

I, Megan M. Lynch, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 323 Fifth Street, Eureka, California 95501.

On November 14, 2014, I served the within TRANSFER OF CLAIM OTHER THAN FOR SECURITY AND NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States mail at Eureka, California, addressed as follows:

Samantha Longina
1403 Heath Cote Ln.
Houston, TX 77073

David G. Peake
Chapter 13 Trustee
9660 Hillcroft Suite 430
Houston, TX 77096-3856

Alva Nell Wesley-Thomas
Attorney at Law
6161 Savoy Ste 250
Houston, TX 77036

I certify under penalty of perjury that the foregoing is true and correct.

Executed on November 14, 2014, at Eureka, California.

/s/ Megan M. Lynch
Megan M. Lynch